No. 1661. COLLINS v. ROUMILLAT. November Term, 1884. This was an order dismissing an appeal on motion, because (1) the exceptions to the rulings during the trial, and to the order refusing a new trial, had not been furnished to the presiding judge; and (2) the Brief presented to this court was not the case as settled, and was not in compliance with the requirements of rule V. OPINION by MR. JUSTICE MCGOWAN, March 3, 1885. *A. G. Magrath & Son*, for the motion. *W. M. Thomas*, contra.